The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and PACIFIC MARKET INTERNATIONAL, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN FITZGERALD BURNS, JR., an individual; BURNS KICKS LLC, a Tennessee limited liability company; CARTER JAMES GOLDEN, an individual; CARTER GOLDEN LLC, a Wisconsin limited liability company; and DOES 1-10,<br><br>Defendants. | NO. 2:24-cv-01976-RSM<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: February 11, 2025 |

**STIPULATION**

Defendants Carter James Golden and Carter Golden, LLC (collectively the "Carter Defendants"), by and through their attorneys Fennemore Craig, P.C., and Plaintiffs Amazon.com, Inc., Amazon.com Services, LLC, and Pacific Market International, LLC (collectively "Plaintiffs"), hereby stipulate to and jointly move the Court for an extension of time through and including March 3, 2025 for the Carter Defendants to answer the Complaint

STIPULATION TO EXTEND TIME TO ANSWER
COMPLAINT - 1
No. 2:24-cv-01976-RSM

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

filed by Plaintiffs in the above-captioned case. This Stipulation is based primarily on Plaintiffs' and the Carter Defendants' continued efforts to reach an agreeable settlement of Plaintiffs' claims.

Counsel for Plaintiffs and the Carter Defendants agree that additional time is needed. This request is not being made for the purpose of unreasonable delay, and no party will be prejudiced by the Court's granting of the requested extension.

A proposed order is attached to this stipulation.

DATED: February 11, 2025.

**FENNEMORE CRAIG, P.C.**

By: ___/s/ Duncan E. Manville___
Duncan E. Manville, WSBA #30304 1425 Fourth Avenue, Suite 800 Seattle, Washington 98101-2272 Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: dmanville@fenenmorelaw.com

Attorneys for Defendants Carter James Golden and Carter Golden LLC

DATED: February 11, 2025.

**DAVIS WRIGHT TREMAINE LLP**

By: ___/s/ Lauren Rainwater___
Lauren Rainwater, WSBA #43625 920 Fifth Avenue, Suite 3300 Seattle, Washington 98104-1604 Telephone: 206.622.3150
Facsimile: 206.757.7700
Email: laurenrainwater@dwt.com

Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT - 2
No. 2:24-cv-01976-RSM

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**ORDER**

Plaintiffs and the Carter Defendants have stipulated to extend the Carter Defendants' deadline to file and serve their answer to Plaintiffs' Complaint. The Court accepts this Stipulation.

IT IS HEREBY ORDERED that the Carter Defendants' deadline to file and serve their answer to the Complaint is extended through and including March 3, 2025.

DATED this 18th day of February, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO ANSWER
COMPLAINT - 3
No. 2:24-cv-01976-RSM

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 11, 2025.

_____
Gabriella Castillo

CERTIFICATE OF SERVICE
No. 2:24-cv-01976-RSM

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500