UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and PACIFIC MARKET INTERNATIONAL, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN FITZGERALD BURNS, JR., an individual; BURNS KICKS LLC, a Tennessee limited liability company; CARTER JAMES GOLDEN, an individual; CARTER GOLDEN LLC, a Wisconsin limited liability company; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01976-RSM<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>MAY 7, 2025 |

## I.    STIPULATION

Plaintiffs Amazon.com, Inc, Amazon.com Services LLC, and Pacific Market International, LLC (collectively "Plaintiffs") and Defendants John Fitzgerald Burns, Jr. and Burns Kicks LLC (collectively "Defendants") jointly stipulate to an extension of time to respond to the Complaint in this action. The current deadline, agreed to by Plaintiffs and Defendants, is May 12, 2025. The Parties stipulate to an extension of time for Defendants to file a responsive pleading up to and including June 2, 2025.

STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
(2:24-cv-01976-RSM)

DATED this 7th day of May, 2025.

FOSTER GARVEY PC
*Attorneys for Defendants John Fitzgerald Burns, Jr. and Burns Kicks LLC*

*s/ Ben Hodges*
Ben Hodges, WSBA #49301
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 447-4400
Email: ben.hodges@foster.com

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2
(2:24-cv-01976-RSM)

## II. ORDER

Having reviewed the parties' stipulation and finding GOOD CAUSE for the requested extension of time, the Court HEREBY ORDERS that an extension of time for Defendants John Fitzgerald Burns, Jr. and Burns Kicks LLC to file a response to the Complaint up to and including June 2, 2025.

IT IS SO ORDERED.

DATED this 9th day of May, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT - 3
(2:24-cv-01976-RSM)