UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and PACIFIC MARKET INTERNATIONAL, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN FITZGERALD BURNS, JR., an individual; BURNS KICKS LLC, a Tennessee limited liability company; CARTER JAMES GOLDEN, an individual; CARTER GOLDEN LLC, a Wisconsin limited liability company; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01976-RSM<br><br>ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC, and Pacific Market International, LLC's (collectively, "Plaintiffs") Motion for Entry of Judgment.

In January 2026, Plaintiffs entered a settlement agreement (the "Settlement Agreement") with defendants Carter James Golden and Carter Golden LLC (together, "Golden"). The Settlement Agreement provided that Golden would pay Plaintiffs $150,000 in monthly installments of $15,000. It provided further that should Golden fail to make these payments as required, Plaintiffs would be entitled to file a stipulated judgment (the "Stipulated Judgment")

for the remaining amount due. The Stipulated Judgment was attached to the Settlement Agreement, and counsel for Golden signed the Stipulated Judgment on Golden's behalf, thereby agreeing to entry of the Stipulated Judgment upon Plaintiffs' filing of a motion and declaration establishing that Golden had breached the terms of the Settlement Agreement. Plaintiffs have now filed such a motion, supported by a sworn declaration establishing that Golden paid one settlement payment in the amount of $15,000, then failed to make the second payment required under the Settlement Agreement, has not made any since, and has no ability to do so. Plaintiffs now seek entry of a judgment that is substantially the same as the Stipulated Judgment but adjusts the amount due to account for the $15,000 settlement payment made by Golden.

In accordance with the terms of the parties' Settlement Agreement and stipulation, the Court GRANTS Plaintiffs' Motion for Entry of the Judgment (the "Motion") and will enter that judgment in the form attached to Plaintiffs' Motion as Exhibit A. This case is CLOSED.

The Clerk is Directed to send uncertified copies of this Order to all counsel of record at their last known address.

SO ORDERED this 13th day of November, 2026.

THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE