UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and PACIFIC MARKET INTERNATIONAL, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN FITZGERALD BURNS, JR., an individual; BURNS KICKS LLC, a Tennessee limited liability company; CARTER JAMES GOLDEN, an individual; CARTER GOLDEN LLC, a Wisconsin limited liability company; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01976-RSM<br><br>**JUDGMENT** |

**<u>SUMMARY OF JUDGMENT</u>**

| | | |
|---|---|---|
| 1. | Judgment Creditors: | Amazon.com, Inc., Amazon.com Services LLC, and Pacific Market International, LLC |
| 2. | Judgment Debtors: | Carter James Golden; Carter Golden LLC |
| 3. | Attorneys for Judgment Creditors: | Scott R. Commerson, WSBA #58085<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071-3460<br>Tel: (213) 633-6800<br>Email: scottcommerson@dwt.com |

| | | |
|---|---|---|
| 4. | Attorneys for Judgment Debtors: | Heather J. Macklin<br>Macklin Law LLC<br>1835 East Edgewood Drive, Suite 10594<br>Appleton, WI 54913<br>Tel: (920) 209-4353<br>Email: hmacklin@macklinlawllc.com |
| 5 | Amount of Principal Judgment: | $135,000 |
| 6. | Awarded attorneys' fees, expenses and costs: | In an amount to be established |
| 7. | Rate of interest accrual on TOTAL JUDGMENT amount: | Per 28 U.S.C. § 1961 |

## JUDGMENT

THIS MATTER came before the Court on the motion of Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Pacific Market International, LLC (collectively, "Plaintiffs"). Pursuant to the settlement of the above captioned case, defendants Carter James Golden and Carter Golden LLC (together, "Defendants"), agreed to the entry of this Judgment upon their breach of certain terms of the confidential settlement agreement between Plaintiffs, on the one hand, and Defendants, on the other hand. Based on the motion and supporting declaration filed by Plaintiffs in conjunction with the parties' stipulation, the Court makes a final determination of the rights of the parties in this action.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs are granted judgment against Defendants in the amount of $135,000—comprising the original stipulated Judgment of $150,000 less a payment of $15,000 made by Defendants toward that amount—plus Plaintiffs' attorneys' fees to be established upon the conclusion of collection. This judgment shall bear interest at the statutory rate prescribed by 28 U.S.C. § 1961 from the date of entry.

DATED this 13th day of November, 2026.

HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE